# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BRADLEY, | CV F 04-6128 AWI DLB P |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |
| v. | |
| M. McVAY, et. al, | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 22, 2006, the Court issued an order finding that plaintiff's amended complaint stated a cognizable claim against defendant McVay for use of excessive force in violation of the Eighth Amendment but that the complaint did not state any other cognizable claims for relief.  The Court ordered plaintiff to either file an amended complaint or advise that he wanted to proceed only against defendant McVay on his excessive force claim.  On June 30, 2006, plaintiff advised that he wanted to proceed only against defendant McVay.

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendant McVay.

2. The Clerk of the Court shall send plaintiff one (1) USM-285 form, one (1) summons, an instruction sheet and a copy of the amended complaint filed September 1, 2004.

3. Within thirty days from the date of this order, plaintiff shall complete the attached

Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

      a. Completed summons;

      b. One completed USM-285 form for each defendant listed above; and

      c. Two (2) copies of the endorsed amended complaint filed September 1, 2004.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. Plaintiff's failure to comply with this order may result in sanctions, including dismissal of this action. Local Rule 11-110.

IT IS SO ORDERED.

Dated:   July 6, 2006                              **/s/ Dennis L. Beck**
3c0hj8                                                   UNITED STATES MAGISTRATE JUDGE