UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BRADLEY, | 1:04-cv-06128-AWI-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 15) |
| vs. | **ORDER DISMISSING CERTAIN CLAIMS** |
| M. McVAY, et al., | |
| Defendants. | |

Plaintiff, William Bradley ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 7, 2006, the Magistrate Judge filed Findings and Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within twenty (20) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendation.

//

1

1  In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendation to
5 be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The Findings and Recommendation, filed July 7, 2006,
8 are ADOPTED IN FULL;
9  2.  This case proceed only on plaintiff's excessive force
10 claim against defendant McVay; and,
11  3.  All remaining claims and defendants are DISMISSED from
12 this action.

IT IS SO ORDERED.

**Dated:   September 16, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                       UNITED STATES DISTRICT JUDGE

2