IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BRADLEY,<br><br>                                                  Plaintiff,<br><br>        v.<br><br>McVAY, et al,<br><br>                                                  Defendants. | 1:04-cv-6128 AWI DLB P<br><br>**AMENDED ORDER GRANTING DEFENDANT AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS** |

On January 31, 2007, Defendant M. McVay filed a motion for extension of time to file his reply brief for motion to dismiss, explaining that all declarations necessary to respond to Plaintiff Bradley's opposition cannot be received until after February 9, 2007.

**FOR GOOD CAUSE SHOWN**, Defendant is granted an extension of time, up to and including February 16, 2007, in which to file his responsive pleading.

04pc6128.ext.bradley.dm.wpd

SA2006301816 IT IS SO ORDERED.

Dated:   February 7, 2007            /s/ Dennis L. Beck
3c0hj8                                               UNITED STATES MAGISTRATE JUDGE