# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BRADLEY, | CV F 04-6128 AWI DLB P |
| Plaintiff, | ORDER RE PLAINTIFF'S REQUEST FOR LOCAL RULES |
| v. | [DOC 24] |
| M. McVAY, et. al, | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has made a request for a copy of the Court's Local Rules. Plaintiff is advised that the Court can provide a set of the Local Rules to plaintiff upon receipt of postage in the amount of $4.90. However, if plaintiff is requesting a specific rule or a limited number of rules, the Court can provide the same upon a request identifying the specific rule.

IT IS SO ORDERED.

Dated: **September 11, 2007**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE