IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM BRADLEY,**<br><br>              Plaintiff,<br><br>     v.<br><br>**MCVAY, et al,**<br><br>              Defendants. | 1:04-cv-6128 AWI DLB P<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE SECOND UNENUMERATED RULE 12(b) MOTION**<br><br>(Doc. 43) |

On April 2, 2008, Defendant McVay filed a motion for extension of time to file a second unenumerated Rule 12(b) motion. For good cause shown, Defendant shall have until May 6, 2008, to file a second unenumerated Rule 12(b) motion.

IT IS SO ORDERED.

     Dated:    **May 1, 2008**                    **/s/ Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE

*[Proposed] Order*

1