# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BRADLEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>M. McVAY,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. 1:04-cv-06128 AWI DLB PC<br><br>**ORDER SETTING EVIDENTIARY HEARING**<br><br>(Doc. 47)<br><br>Evidentiary Hearing: Monday, December 15, 2008 at 9:00AM in Courtroom 9 before the Honorable Dennis L. Beck |

**I.　Background**

Plaintiff William Bradley ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's amended complaint, filed September 1, 2004, against defendant McVay for use of excessive force in violation of the Eighth Amendment.

On January 5, 2007, Defendant filed a motion to dismiss this action for plaintiff's failure to exhaust administrative remedies. (Doc. 27). On March 7, 2008, this Court denied plaintiff's motion, with leave to file a second unenumerated Rule 12(b) motion along with a request for an evidentiary hearing. (Doc. 42). The order stated that any witnesses the parties intend to call at the evidentiary hearing should be stated in the moving papers or in the opposition to the motion.

On May 6, 2008, Defendant filed the a second motion to dismiss for failure to exhaust administrative remedies. Defendant has requested an evidentiary hearing if the motion cannot be decided solely on the filed documents. Plaintiff filed his opposition on June 17, 2008 and June 23,

2008. (Docs. 50, 52).  Defendant filed a reply on June 25, 2008. (Doc. 53).

**II.    Order Setting Evidentiary Hearing**

The Court finds that an evidentiary hearing is required to resolve the factual dispute as to whether state officials rendered the grievance system unavailable to Plaintiff, and whether Plaintiff exhausted his available administrative remedies prior to filing suit.  Accordingly, this matter is set for evidentiary hearing before the undersigned on Monday, December 15, 2008 at 9:00 a.m. in Courtroom 9.

**A.    Witnesses**

No witness, other that those listed in this section, may be called at the evidentiary hearing unless the parties stipulate or upon a showing that this order should be modified to prevent manifest injustice.

**I)    Defendant's Witnesses**

1. Sgt. J. Martinez
2. Officer L. Perez
3. Officer T. Jung-Hernandez
4. V. Castillo
5. D. Hicinbothom
6. K. Thirakomen, M.D.
7. Custodian of record of plaintiff's central file
8. Custodian of record of plaintiff's medical file.

Since the custodians will testify only as to the authenticity of the records in plaintiff's medical and central files, Defendant's request that the Court admit their testimony through declaration is GRANTED.

**ii)    Plaintiff's Witnesses**

Plaintiff has not listed any witnesses.

///

///

///

IT IS SO ORDERED.

Dated:   **October 29, 2008**                              **/s/ Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE