# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BRADLEY, | CASE NO. 1:04-cv-06128 AWI DLB PC |
| Plaintiff, | ORDER CONTINUING EVIDENTIARY HEARING |
| v. | |
| McVAY, | Evidentiary Hearing: January 26, 2009 at 9:00 A.M. before the Honorable Dennis L. Beck, Courtroom 9. |
| Defendant. | |

An evidentiary hearing in this matter commenced on December 15, 2008. The Court ordered a continuance of the evidentiary hearing to January 26, 2009 at 9:00 before the undersigned.

Counsel for Defendant shall contact the Litigation Co-ordinator at Corcoran State Prison to inquire into Plaintiff's access to his legal materials necessary to prepare for the evidentiary hearing.

IT IS SO ORDERED.

Dated:   **December 15, 2008**          **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

1