# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BRADLEY, | CASE NO. 1:04-cv-06128 AWI DLB PC |
| Plaintiff, | NOTICE AND ORDER THAT PLAINTIFF IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| McVAY, | |
| Defendant. | |

An evidentiary hearing in this matter commenced on December 15, 2008. The hearing is now continued to January 26, 2009 at 9:00 before the undersigned.

Accordingly, Plaintiff William Bradley, E-48180, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum issued November 12, 2008 as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **December 15, 2008**        /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE

1