# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BRADLEY,<br><br>        Plaintiff,<br><br>   v.<br><br>M. McVAY,<br><br>        Defendant.<br>_____/ | CASE NO. 1:04-cv-06128 AWI DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING DEFENDANT'S MOTION TO DISMISS<br><br>(Doc. 66) |

    Plaintiff William Bradley, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On February 3, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty days. On February 23, 2009, plaintiff filed an Objection. Defendant did not file an objection.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 3, 2009, is adopted in full;
2. Defendant's motion to dismiss for failure to exhaust administrative remedies, filed May 6, 2008 is GRANTED;
3. This action is dismissed in its entirety, without prejudice;
4. All pending motions are denied as moot; and
5. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **March 24, 2009**            **/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE